**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Ft lauderdale division
**Civil Case Number:** _____

Jonathon Lewis
_____
(Write the full name of the plaintiff)

vs.

Broward county Sheriff's office
_____
Sheriff Gregory Tony
_____
_____
_____
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I.  Party Information** See continuation sheet - pg 1 a

**A.  Plaintiff:** Jonathon Lewis arrest # 131 9225 98
Broward county main jail
Address: PO Box 9356 Ft lauderdale Fl 33311

Inmate/Prison No.: 131 9225 98

*Year* of Birth: 1982    (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

Jonathon Lewis
arrest # 131 922 5 98
Broward county main Jail
PO Box 9356
Ft lauderdale, Fl 33310

vs.   Broward
county

**B.  Defendant:** Sheriff Gregory Tony   Defendant: Correct care solutions
medicare provider for Broward

Official Position: Sheriff    Official Position: county Sheriff's office
Broward county   Broward county main jail
Place of Employment: Sheriffs office   Place of Employment: PO Box 9356, Ft lauderdale, Fl
2601 W Broward Blvd Ft lauderdale, Fl 33301   33310
(Write the full name of each defendant, official position and place of employment.  Attach a
separate page if you need additional space for additional defendants. )

1

continuation sheet party information
pg 2 A

For plaintiff information on the second defendant
correct care solutions they have a business office
and I dont know the address I ask for it on a sick call
they never come and gave it to me and they will not let
me get any mail so I cant write anyone on the street
for it. S~ when they need to get serve the
correct care staff will have to provide to the court
there business office address for the head supervisor
in Florida or out of the state to be served.

look on back

see continuation pages - pages $2\frac{2}{4} + \frac{2}{T}$

**II. Statement of Claim**

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

a) The Exhaustion of administrative and deliberate indifference standards are met because although I didn't grieve each form of retaliation in one grievance I either grieved them or wrote a requests about it and there old grievance system is better then the new ~~old~~ one because the old one allowed a inmate to put everything on paper as requests now they use this computerized machine called a kiosk and on the kiosk grievance and requests have a number the only difference is a grievance a inmate can appeal if they let you but none of them have the author of the response to the grievance/request like they use to have so the some person that answered the first time might answer it again they do that because know one

**III. Relief Requested**
see continuation pages 3 & to

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1) Take those 2 DRs/incidents out of my Broward county jail file.

2) permanent injunction to keep me and deputy k Bruen separated.

3) Any mail I put vouchers on that I mailed out and didnt get back or mail that ~~I~~ didnt go out I get a refund or lien taken off my account.

5) Reimburse me for stolen commissary.

2

Statement of claim - continuation pages P3 A2

knows who is answering the grievance/requests and they suppose to have someone different or higher ranking person answer the grievance/requests and the grievance/requests Kiosk only allow 1000 characters. That allows the inmate to give a brief statement/summary about what happen not enough room and if you don't go out and save what you wrote you will lose everything you wrote you have to repeat this every 30 to 45 seconds and then the staff has to do something in the computer to let us file the grievance and we get 3 requests a week and thats it. I could not take any more abuse it was time to go to the court and the staff will not open the grievance system so I can use it and it is there job. I have not initiated a grievance in a while but did appeal something and I wrote requests about it putting them on notice and I sent BSO internal affairs a complaint to get someone here to investigate either they didn't get it or I didn't get there response. The only thing I didn't get a chance to grieve in the kiosk or put in a requests about is the food, medical issues, physical/sexual abuse and didn't say anything because they told me they could do it again and then they said they would give me another charge for battery on a correctional officer and the grievances/requests I wrote they didn't take action or told me in so many words they not doing nothing. If the notice of intent is not attach it is because I didn't get my law work back from the law library and deputy k Brun gave my staff away or the

Statement of claim continuation pages pg B 2

law library never copied it so I have to keep it and it is attachment to the complaint, I did what I am supposed to do but I know they would do nothing, BSO not going to do anything and the court can order BSO to send a print out of my kiosk grievances/requests, I also today in the timeframe of 8 am to 9 am on 5-29-19 left a complaint via voice mail with the broward county public defender office the secretary for the Public defenders in Judge Barbara McCarthy courtroom and my old Public defender Mr. Randal Lee Berman because my new Public defender William Lan Phear I have not seen him yet.

b) my claim is a pretrial detainee claim of retaliation and retaliation is several different forms of abuse that happen after one incident of protected conduct which I like to call a campaign of harassment under calhoun vs Hargone 312 F3d 730 (5 cir 2002) and witte vs wisconsin Dept of corrections 434 F3d 10 (7 cir 2006) and the elements for retaliation are 1) I was doing some thing I had a constitutional right to do the detention deputies did something to me because of the conduct a adverse action 3) and there is a causal connection meaning that whatever the deputies and people who act in concert with them did it because of what I did The sheriff Gregory Tony is the proper defendant because to many people who work for BSO participates in the retaliation and the sheriff knows about things that

Statement of Claim continuation pages page 2

on in the jail because of the meetings he has with his administrative staff and memos about what is happening in this place with the deputies against inmates and have the policies that allow the abuse of a inmate and the courts have let cases go on the sheriff or head of the municipality and I could get more cases but the law library has refused to send me any legal citation on the subject and I got the jailhouse lawyer handbook to go off of thats it. When a Pretrial detainee claims retaliation it is up under the us constitution 1st amendment but non retaliation claims are under the us constitution 14 amendment.

C) There are several forms of retaliation that happen to me on and after 4-24-19 and then each retaliation happen because the sheriff's jail policy allowed it to happen because each one is the result of a broward county jail policy that was used to retaliate on me because of what I did. The retaliation started because the Paul Rein intake staff lied on me to Lt. Dluges because I told the reluctant Lt. Dluges what happen about the Paul Rein intake staff claiming because I had diarrhea related stomach issues and had to defecate that I refuse court that is what started all of this and from that point on because of Lt. Dluges he had me placed in administrative segregation do to allegations with 2 DRs 4 violations, the officer who pack my property when it was determined I was not coming back to

Statement of Claim continuation pages page 2

paul Rein unit C7 gave my commissary food items away to other inmates, they denied me access to criminal court on 4-26-19, the paul Rein luetenant Lt Olugas sent me to the main Jail 7th floor 7D2 cell in administrative segregation and sent there deputies at the main Jail at me and the main one is deputy K. Brun with Sgt. Hamilton and officer B Palmer with the seargeant who did my DR hearing on the 11pm to 7am and between those shifts and the first 2 deputies is 3pm to 11pm and they violated my food/mail, threaten to beat me and charge me with a new crime, physical and sexual abuse, denial of access to the legal materials and citation that could help my case, denial of medicare, not answering one of my DR appeals correctly and not letting me appeal and not answering one of my DR appeals completely and not taking any action on my grievance on the 4-26-19 issue and the ombudsman not coming to see me once I made a complaint to her MS wisky, meaning using there grievance procedure unlawfully dealing with the 4-26-19 and the other requests/grievances I wrote they did nothing on and other issues that deal with retaliation.

d) I was confined at paul Rein at broward county Jail facility in unit C7 but this didn't happen in C7 This happen in the intake area where you come and go at the facility and this happen on the 11pm to 7am shift

Statement of claim - continuation pages P902

because that is when court transfer happen on that shift that is because the bus takes us to court because 3 faulities are in pompano beach and the main Jail is in down town Ft lauderdale connected to the main courthouse there is a court holding area for inmates in between the Jail and the main courthouse but anyway everyone was getting on the bus and I had diarrhea all morning and as I was about to get on the bus and I told the transport deputies and intake deputies that I had to go to the bathroom they said if I stay here to deficate because of my diarrhea I refuse court and deputies cant deny me the right to go to court because I had to go to the bathroom right then, If I would have gotten on that bus I would have deficated on myself and I had to stay back and use the bathroom and there are buses coming and going to court all morning. The intake staff put me back in the holding cell without toilet paper but I was only in there 2 mins before they came to the holding cell and told me to cuff up but they said a lot of stuff about them not caring about my court and I would get toilet paper in my unit.

e) Once I left the intake area at paul Rein going back to C7 my unit because the scary cant escorting me back I wanted to see the luetenant because they was taking me back to C7 and the luetenant office was on the way LT Dlugas and we stop by the luetenant office before

Statement of claim - continuation pages PG E 2

I could say anything the seargeant said I would
start something in the unit and I told the luetenant
I didn't say that and what really happen in intake
them claiming I cant go to court because I wanted
to deficate do to diarrhea related symptoms and
then the luetenant Lt Dlugas got loude and said
Fuck my court and other things to and told
the luetenant to write me a category A DR and
have me sent to the main jail 7th floor administrative
segregation because I guess we can go to administrative
segregation for category A rule violations and then
let me go to the unit to waite but the seargeant didn't
let me go back to the unit but instead took me back to
Intake and put me in the small holding cell and deputy
nelson gave me toilet paper and deputy mckenzie
wrote me a false DR for 2 a category rule violations
which are threatning and conduct which disrupts and
while I was on the toilet the intake staff was
out there saying negative things the seargeant,
officer mckenzie, and officer nelson like we going
to lie on you and fuck your court date and you
should not have said something to the luetenant bitch
now your going to administrative segregation snitch.
When I got off the toilet officer nelson brought
the DR to me and would not let me write a statement
just read it to me and give me my copy and shut
the door and ~~the~~ deputy mckenzie said we taking
your commissary to how does she even know

Statement of claim continuation pages pg F2

I get commissary and they said more negative things while I sit up there while people going to court

F) Administrative segregation is a form of lock down where you in your room all day and come out for 1 hour and it is for high risk inmates but since know one really does anything like that anymore in the broward county jail they putting inmates here who are non violent who may have caught a category A incident or DR or both and holding them here to fill up beds because they dont have enough high risk inmates to fill up the administrative segregation units and they lied on me and I am not a violent person and I been coming to broward county Jail since the year 2000 this is the first time I have been up here to be honest this is the first time I had a issue where I had to file a lawsuit. That is what a administrative segregation is and administration/classification has to send you based on a incident.

g) While in the intake area right before shift change the luetenant Lt. Dlugas came to the intake area to see what they wrote in the DRs but claims he came to do rounds anyway he walk to the desk and walk back to the door he came through which was by my cell the last holding cell and then stopped right in front of my door and made negative comments about him lying on me and that you threaten me to

Statement of claim- continuation pg3 pg2

snitch and said I was getting a DR for threatning him to and opened my door and started flinching at me telling me he would beat my ass and close the door and stayed a t my door for a little bit and left and told the in take staff to write me a DR for threatning him and I didnt say anything and he left and about 10 minutes later deputy nelson brought me another DR this was written by the seargeant on the 7am to 3pm shirt and he didnt let me make a statement and left and I sat up there until the transport deputy come and deputy nelson and deputy mckenzie was up there making negative comments about me and saying know one will care they lied on me and you going to administrative segregation snitch you should have never said anything shift change at paul ran to the 7am to 3pm shift and the transport deputy came and when he opened my door all the way until he took me to the van he was saying the luetenant said you dont get court because you refuse and you a snitch and you dont get shit and said other things to and he put me and 2 other inmates on the bus and would not let me get my property and we left and I saw my commissary was gone and I got on the bus and then when we got to the main jail the transport deputy let the female go to court but didnit let me go to court and took me and the other inmate to the intake ~~housing~~ area for the inmates with felonies and put us in 3 and I told the housing deputy over there I

Statement of claim continuation pages pg 12

had court today and she said Lt.Dlugas said I refuse
and then that was the end of it and I sat in the holding
cell until shift change at 3 pm in the main jail on the
2nd floor and then after 3PM I went up there
to the 7th floor unit 702 rm ll and on 4·26·19 placed
in administrative segregation.

h). I got to the 7th floor unit 702 and the unit 702 3pm to
llpm shift deputy is their deputy k. Brun and the
seargeant for the 7th floor is on that shift Sgt Hamilton
and the officer who braught me up there said to
deputy k. Brun that I am a snitch Per Lt. Dlugas
and fuck with that snitch and they put me in my cell
and this happen on 4·26·19 on friday, Once I was placed
in my cell they was not going to feed me and since I
made a lot of noise they braught me my tray and deputy
k. Brun said you a snitch Per Lt. Dlugas and I am going
to fuck with you and everyone else will to meaning
other staff in other depts will mess with me to. on 4·26·19

i). The first day in administrative segregation on the 3pm to
llpm shift when deputy. k. Brun gave me my food tray
there was nothing done to it and the whether the trays
on the breakfast and dinner cart that comes in the styrofoam
or the lunch trays that come in the hard blue trays with
plastic wrapped around it they give us the food on the
the llpm to 7am shift breakfast and 3pm to llpm
shift dinner they give us food in styrofoam trays and

Statement of claim continuation pages pg 2

the deputies deal with the food when it gets to the units at all the facilities but I am specifically talking about the 702 unit staff, the deputies put the trays in dirty crates and set them on the floor in front of our unit and they deal with the trays in a way where if they do something know one will see it and I am in 702 there is 3 of them and 702 is the middle unit and then the first tray nothing was done to it on the 3pm to 11pm shift but since then there is always a foreign object in my tray or some of the food gone or something missing out of the tray or they drop something on the floor and put it back in the tray and hepatitis A is floating around and unsanitary things done to food can cause a disease which meets the standard for poisoning someone and it is only on deputy k. Bruin shift he is not here on saturdays and sundays every blue moon monday but when he not here know one messing with my food and Sgt. Hamilton will not do anything and when they mess with food they mess with mail to and I have lost a lot of weight and I drink a lot of water and we get 3 meals but 2 of them are hot and 1 is cold. The portions are extremely small so those 3 meals I need but I drink a lot of water and inmates send me commissary to but I am suppose to be able to eat 3 meals a day 7 days a week and the deputy who passing out the food because sometime it is someone else not deputy k. Bruin they say if I throw food on them or any thing

Statement of claim continuation pages pg 52

get on them or I show any signs of aggression they are going to have the broward county state attorney office file a new charge on me depending on what it is and I am afraid of that and this is everyday at dinner time and I throw my trays in the in toilet and every blue moon maybe once a week when deputy K Brun is here I get a uncontaminated food tray and this is from 4.26.19 until the filing of this complaint.

J) The first day on 4.26.19 I was in administrative segregation up until now while at pool rain until I left on 4.26.19 I was waiting on mail and then I sent out mail to while in administrative segregation on the 11pm to 7am shift and then when the deputies play with food they usually play with mail to and since I been back here I sent out mail a lot because I have some civil actions pending and then I have my criminal cases pending and then I have to be able to correspond with the court and on several occasions deputy K Brun told me he was tampering with my mail and admitted to other inmates in front of sgt Hamilton and he is giving my mail to other inmates and the 11pm to 7am shift is taking my mail not sending it out and taking the vouchers off and sending them to the inmate banking so they can place a lien on my account because if we have to send mail out and need postage they will put it on there the mailroom and send the voucher to the inmate bank so they can take money out of our account or place a lien on it if you indigent the deputies

~~(5000)~~ statement of claim - continuation pages pg1c2

work in the mailroom and any mail I send out the jail the place didnit get that is the 11pm to 7am shift and any place I write and they mail ~~(5000)~~ something out to me on a specific date and time I didnit get it that is deputy le Brun and on the 11pm to 7am shift that is deputy B Palmer and the seargeant on the 11pm to 7am shift is the same guy who did my DR hearing and found me guilty knowing he was not supposed to. I can prove each piece of mail missing with court involvement as long as I am able to write the places or call them without the jail messing with my mail, I only write places that write me back and most of it is legal mail very few is routine mail but when you tamper with legal mail especially mail in a proceeding it denies me access to court because I cant file motions and respond to court orders and that is what they are doing denying me access to court and for each piece of mail that didnit go out I want my money back and each piece of mail I didnit get a response from I want my money back and attorneys who contacted me from that case and there is no paper trail of incoming and outgoing mail that is why I make a list of all mail I send out and I get every now and then they give me a piece. mail violations happen daily and monday through friday mail is passed out incoming and sunday through thursday outgoing mail is picked up and monday through ~~friday~~ friday deputy le Bran pass mail out.

[k] I sat in administrative segregation from 4 24 19 until that

Statement of claim-continuation pages Pg L2

monday 4 29 19 and they let me out on the morning shift the 7am to 3pm shift for my hour and at that point I put in a grievance explaining my situation and what happen trying to get back to general population and get my commissary back and at that point the booth tech that day showed it to the housing deputy and ~~the housing deputy~~ the housing deputy stated you a snitch per Lt Dlugas you was not supposed to say anything and I explain how the grievance/requests procedure works with the kiosk and I put in several grievances/requests relating to the incidents happening back here out of retaliation for the incident on 4 26 19 and they didn't do anything because the order to antagonize me come from the luetenant Lt Dlugas he want tell them to leave me alone and they denied my grievance and denied the appeal only responding to one part of it about the commissary and later that night on the 11pm to 7am shift going into 4 30 19 the seargeant for that shift with 2 other deputies did my DR hearing they said they was not going to say anything but because I wrote a grievance they come and found me guilty of the DR Per Lt Dlugas and everything I told him in the DR hearing I put in the DR appeals and you use to be able to appeal DRs but they didn't let me appeal them and then DR appeals use to get treated as grievances when we use to do them on paper but now they treat them as requests and the only requests you can appeal is DR appeals. The responding party answered one of my DR appeals

statement of claim-continuation pages pg m 2

incorrectly and didn't let me appeal it and then they didn't
answer one of my DRs period it is still pending I
wrote DR appeals on 4·30·19 on the 3pm to 11pm shift
when I come out for my hour and then the other on
4·31·19 or 5·1·19 and I am still in administrative
segregation those are DR violations out of retaliation
and deputy k. Brun told me the lieutenant is dismissing
my DRs because I am a snitch per Lt. Dlugas, Every
Grievance/requests I wrote came back unfounded that
means denial,

1) There is the law library and deputy k. Brun admitted to me
that Lt. Dlugas personally call the law library and told them
to not send me anything and when I have to use the law
library for pens, paper, envelopes, and legal research materials
cases and statues and they tell me they not sending me
nothing that is a denial of access to court because I need
pens/paper to draw up motions and envelopes when I
need them to mail the stuff to the court and cases and
statues to support my arguments that is denial
of access to court because that is my only means of
fighting my cases and the law library uses westlaw
and in broward county jail know one goes to the law
library we have to put in a law library requests
once a week to get 4 items a week that is not
enough because I have other civil actions pending
but the point is the deputy in there said she is not
sending me anything she ~~can't~~ just flat out deny

Statement of claim continuation pages P3 N2

my requests she has to say she cant understand the
requests and lie about what the case searches show or
lie about what the law library has as what she has
been doing to me and secondly this is a FYI and
the law library only gives us one time a month 1 pen,
1 pad, 1 big manilla envelope, and 4 small white
envelopes that is not enough for people who have other
things going on in state prison the law library gives you
what you need the law library use to give you as
many envelopes as you need they dont do that no
more they stop doing that in 2018, I have my law
library requests and I will show the court them so the proof
is there she has not filled any of my requests after
4-26-19 but I send them and when I came over here on
4-26-19 my legal stuff went to Paul rein on monday that
is 4-29-19 ~~in CT~~ but in the main jail 702 we get it on
wednesday that means when they got it on monday and
saw I was not in CT it went to the main jail where
I am in 702 wednesday and deputy le brun gave
away my legal stuff away from the law library I
wrote grievances they just denied it and she was
supposed to bring me my stuff and I never got it
they dont care.

M) There is the medicare being rendered to me at the main
jail by correct care solutions and what BSO is doing,
is trying to find the medicare provider that can charge
us the highest price for the lowest level of care they

## statement of claim continuation pages Pg o2

can give us it is hard to get medicare from them and the
contract they have with BSO is illegally because of what
it entails and I wrote the Florida Dept of Health inspector
general about it and then I have saw the doctor in the
main jail 2 times and she gave me blood work and urine test
and she said once the blood work and urine test come back
with no issues there is nothing more she can do for me to
ask the luetenant and how does she know the blood
work and urine test going to come back with nothing
is she telling the person who doing the test to falsify
documents is she giving me the diagnostic test
based on my symptoms because I feel like I have a
disease but they giving me the wrong test so I cant
know what is wrong with me or falsifying documents.
I saw the doctor the second time and she told me
she aint doing nothing for me and that I need to talk
to the luetenant she said because the deputies told
her about my incident with Lt. Dlugas I dont know
how she found out but she cant flat out refuse to
do anything for me and I need medicare. I need to
know what is wrong with me and my feet is swollen as
I write this complaint. I wrote up the fact I hadn't
saw the doctor and the nurse at paul vein claim she put
me in and the fact they charge me to much but not about
the comment she me she cant do anything for me and
I dont need to put the symptons in this action but
I need medicare and thry cant do that. there are
certain medical issues that let the medical staff know

statement of claim-continuation pages pg p 2

 the deputies is playing with your food and to not help you In case you may have caught something.

n) my last claim is about sexual/physical battery and this involves Sgt. Hamilton and deputy K. Brun in the main Jail 7th floor 702. In administrative segregation they do regular cell searches 3 times a day and usually they do it 2 times a day on the 3pm to 11pm and 11pm to 7am shift this means the officers come in your cell and look around for a minute or 2 and we have to face the wall without our hands on the wall in a position where we cant do anything to them if they attack us and that is how they attack us and when they come in the camera cant see in some cells and the camera cant see portions of your cell and my cell the camera cant see the other side of my cell and no deputy should be in the cell with a inmate where the camera cant see them because they can say anything and do anything they like to beat Inmates and put another charge on them that is what they do and I am not going to be a victim of that they broke one inmate ribs. This is a confinement unit they should make us step outside the cell so the camera can see us so there is no problem they do it on the 8th floor and they do stuff in front of the scargeant all I was doing was writing grievances/requests and on 5-22-19 was the first time I complained to Sgt. Hamilton word of mouth in front of deputy K. Brun I opened a door with him and I will explain and this took place at my cell door rm11 702 7th floor main Jail.

statement of claim-continuation pages pg 22

A) On 5-22-19 at my cell while 2 officers searched it and deputy K. Brun stood at the door and Sgt. Hamilton stood behind him and I told Sgt. Hamilton that deputy K. Brun is tampering with my mail and food and can you tell him to stop Please on 3pm to 11pm shift before 5pm and she acted like she didnt care in fact she laughed at me and deputy k. Brun said in front of her I am messing with your mail and food because you a snitch for Lt. Dlugas and I want to fuck you up and I might do it tommorrow and you aint getting your mail snitch and I dont care if you eat snitch and he admitted this in front of Sgt. Hamilton and Later that night on 11pm to 7am when it turn to 5-23-19 I told the officer on that shift deputy B. Palmer to go and get luetenant Burrell and he stated fuck you after I told him I was in fear of my life he stated "go Psych bitch" meaning I need to go to suicide watch.


B) On 5-23-19 time frame 4pm to 4.40pm on the 3pm to 11pm shift deputy k. Brun entered my cell while Sgt. Hamilton could not see and concealed himself in my cell and stated really low "I am going to fuck you up bitch and aint know one going to help you snitch now tell on that and a big deputy k. Cyrille covered the door and another deputy was in my cell and deputy k. Brun punch me hard in the head 3 times and kick me not hard and stuck his finger in my butt with my clothes on and stated snitch

Statement of claim continuation page pg R 2

shut up now I will leave you alone" then I said some
thing to Sgt. Hamilton as they was leaving about him
hitting me and poking his finger in my butt and they
turned my water off the whole shift until 1 hour
before the shift ended. All of the deputies leaving
told me I need to talk to Lt. Dlugas and the deputy
at feeding time deputy k. Cyrille didn't feed me, after
dinner time nurse came around and I dont know if the
pain in my head caused chest pains but I had chest pains
and deputy k. Brun told the nurse to put me onsuicide
watch and nurse took my blood pressure and was
going to take me to medical to get a EKG and
deputy k. Brun was interfering with my medicare
because he would not let me go and stated you a snitch
and you need to apologize to LT. Dlugas and then
he told me to cuff up and brought me out my
cell to go in the hallway to go to medical and ~~deputy~~
~~k.~~ Brun said he needed to see if the scargeant would
let me go and I was suppose to go to medical to report
my staff abuse get a EKG but Sgt Hamilton
would not let me go to medical and I told Sgt Hamilton
I wanted to report my staff abuse on a medical
injury form and she was protecting her deputy.

( ) while in the hallway on the 3pm to 11pm shift deputy k.
Brun and 2 officers with the scargeant and the nurse they
would not let me talk to the nurse and deputy k. Brun stated
I am going to fuck your bitch ass up when you get

Statement of claim continuation pages p9 52

...in the room snitch and the ~~sd~~ seargeant didnit let me go
...to medical and the nurse left and he admitted to the
...violations I been experiencing not just mail/food
...others to and stated I will be in administrative segregation
...until I leave the Jail because you a snitch and once
...they got to my cell they was in my cell longer then
...they should be and the 3 ~~??~~ deputies concealed themselves
...in my cell and beat and me with punches and kicks deputy
...k. Brun hit me the most and they did this a few times
...really hard like I was a punching bag and stuck
...there finger in my butt deputy k. Brun with my
...clothes on and they said know one gang to help you
...snitch and I dontcare I will kill you pussy and
...they did this to me in cuff they had no business
...in my cell they was not searching and I didnit refuse
...to go in my cell so why was they in there and they threaten
...to beat me again if I said something and put a new
...charge on me for battery on a correctional officer.

O) On the 5.24.19 on the 11pm to 7am shirt it was 5.24.19
...at 12am I told the deputy what happen and that
...I was in pain and needed to see someone and stated
...fuck you snitch I bet you will ~~not~~ talk about Lt. Dlugas
...anymore and later that day 7am to 3pm shirt the
...morning shift would not turn on the grievance box or let
...me use the phone to call my lawyer and deputy stated
...ask Lt. Dlugas and stated I know they kick your ass
...snitch now heal up and on 5.24.19 deputy k.

Statement of claim continuation pages pg T2
Brun walked around stopping at my door telling me not
to say nothing and the nurse didnit give me a sick call
or stop at my at my door on the 3pm to 11pm shift and
at the end of the shift deputy K. Brun and 2 deputies and
1 deputy stood outside and gave me some of my mail
not all of it. After that I had issues with nurses
not letting me get a sick call or listening to my medical
emergencies and the retaliation has not stopped they
Just have not beat me up again and deputy K. Brun
had no business entering my cell after the incident
and they still will not open the grievance box for me
and the nurse will not respect my medical emergency
so I need help as soon as possible.

Relief Requested continuation sheets pages 3 4

for 50,000.00 for the ongoing retaliation that occured on and after 4.26.19 because the procedures in the broward county Jail system allowed it to happen I am talking about denial of access to court, the food tampering causing me to not eat, and the physical/sexual abuse and me being placed in a situation that gave the deputies and other staff to render mild torture upon me and and placing me in administrative segregation unlawfully because I told the truth about his deputies and causing me to loose weight and the flat out denial of medicare because of a incident on 4.26.19

b) punitive damages Jointly from both defendants in the amount of $70,000.00 for what I stated above and the willful acts of beating me and sexually assaulting me and not letting me report it so it can be in my file and them interfere with my medicare and medical letting them do it and loosing weight and not letting me go to court and using there unconstitutional law library procedure to stop my access to court and doing this for a lieutenant.

c) nominal damages Jointly from both defendant in the amount of $20,000.00 for what I stated above and for the violation of my US constitution 1st and 14th amendment.

Relief Requested continuation sheets pages 3B

d) Any fees I incurred before, at or after this lawsuit was filed

e) Any other action the court deem necessary.

P.91

Date 5-13-19

Plaintiff Jonathan Lewis arrest #131900598 / Defendant. Broward county
main Jail Bureau P.O. Box 9356        1) Sheriffs office
Ft Lauderdale Fl 33310                        Sheriff Gregory
notice of intent and                  Tony-Risk
waiver of sovereign                  management + -
Immunity                          2601 W Broward Blvd
I am the plaintiff                    Ft Lauderdale Fl 33301
Jonathan Lewis and            2) Florida Dept of Financial
this notice of intent             services-Risk management
satifies F.S. 768 28 and          200 E Gaines street
uscode title 42 section          Tallahassee, Fl 323

1983 deliberate indifference standard and exhaustion
of administrative remedies section and this is more
of a constitutional issue more then a tort so you
will need to get a lawyer for this once the court
serves it and under uscode title 42 section 1983
I am a pretrial detaince and I have a lot more rights
as someone that was convicted of a crime, I will be
filing my action in court under the federal courts
provision for Retoliation because of what happen
to me at the broward county jail facility paul
Rein on 4 26 19 and after 4.26.19 and the main
reason I am doing this because no action was taken
about it when I complained and then I am still here
on the 7' floor after complaints to all the seargeants
on the 7" floor on all 3 shifts and grievances
and requests on the kiosk and complaints to the
ombudsman and I also sent a complaint

internal affairs by giving it to the shift that collect mail on the 11pm to 7am shift I gave it to the housing deputy that night and the next day I was going to court and I think the officer name was officer B. Brown and the way he looked at it tells me he threw it out because I know you didnt get it I get didnt get a notice from internal affairs that they got it This happen because I ask to go to the bathroom and because of this incident I have been in administrative segregation on allegations and everything that happen to me after 4.26.19 in confinement is retaliation there is no other explanation and the courts are really serious about retaliation as long as I meet the elements because I have the rights to do certain things as a pretrial detainee. I suggest you look up the elements for pretrial detainee to show retaliation under US code title42 section 1983 and prepare yourself. If you want to talk to me I am sure you know how to visit me in the jail if you need to talk about anything before this case goes to court any time I write administration on the kiosk which is security they dont answer my request they know who I am and didnit let me appeal my DRs or anything because I am right.

records. I ask for the following documents if I have to go to court before discovery. They are the Policy for appealing DRs, the name of every officer involved at paul Rein on 4.26.19 with Pictures, the policy for

the ombudsman job duties, the policy for the mail, the policy for administrative segregation, the policy for investigating grievances/requests on kiosk, the policy for investigating DRs, the policy if you ask to go to the bathroom and you cant write and you in line to go to court at the jail, the policy for internal affairs investigating jail complaints, the name of the officer who answered my grievances on the 4-24-19 and DR appeal, the name of the regular seargeants for each shift on the 7th floor and regular officers, the law library policy and procedure and the name of everyone in there, and any other information I need to present my retaliation claim to the court.

I.D. full name Jonathan kyle Lewis b-date 7-9-82 social security # 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 and place of birth Ft lauderdale / Broward county, Florida

statement of claim.

a) This a usconstitution 1st amendment claim for retaliation for protected conduct and at this phaze of the proceedings it is not necessary to cite statues and cases just what happen and that is what I will do. I will explain what happen on 4-24-19 at the broward county jail facility paul Rein and after as a extra and this is not a challenge to disciplinary reports but to retaliation thats it.

b) The incident at paul Rein arroused because I ask to go to

P.4

the bathroom right at the time they was doing transport to
the court area at the broward county main Jail which is
connected to the broward county main courthouse and
I dont know what made them retaliate on me because
I ask to go to the bathroom but they did and there are
many factors that could have did it that made them upset
with me when I ask because there was 2 sets of officers
in the area at that time and there was the intake officers
at paul Rein and the transport officers was in the
intake area at paul Rein to but something triggered there
anger when I ask to go to the bathroom and after
that is when the retaliatory acts begin right after
they put me back in the holding cell and are still going on so
this notice ᵃ follows.

(c)   I will explain what happen then point out the retaliatory
acts while I am explaining what happen and after
I explain what happen. On 4-24-19 I Jonathan Lewis
arrest# 131 9025-98 at the Paul Rein facility intake area I
was told to get inline so I can get on the bus to go to
court they do this early in the morning and they take you to the
broward county main courthouse inmate holding area and I
had been having diarrehea stomach related pains all morning and
at that time I had the feeling like I had to go to the bathroom
like it was coming out so I let the deputies know and when
I told him he looked at me in anger and stated "nigga stop
playing with me you dead and if you go to the bathroom
you refuse court " I never stated I wanted to refuse

court at no time and that was a retaliation for asking to go to the bathroom and buses coming and going to the courthouse for different reasons all morning and they could have put me on one of the other buses or get me a transport it is no big deal and the transport deputies and the intake deputies knew about it and that was the second retaliatory act not getting me a transport to court and basically I had diarrhea related stomach pains and everyone knows what that is and if I would have gotten on that bus I would have deficated in my uniform. The deputies cant not take me to court because I want to go to the bathroom that is unconstitutional. At that time I was placed back in the holding cell without toilet paper and they said a lot of things to me after the transport deputies/inmates left up until they handcuff me and was taking me back to C7 the unit I was in and I was in that cell 3 to 5 mins before I was being escorted to C7 at paul Rein facility and there was 2 officers up there a female name officer mckenzie and a male name officer nelson and 2 scargeants up there a black dude and a white dude but the black scargeant was the one escorting me back to C7 and officer mckenzie stated "I dont believe you bitch" and I had that feeling in my stomach like feces had drop to my anol/rectum area was about to come out and while in the holding cell I ask for Toilet paper and officer Mckenzie state "you not using the bathroom down here bitch" "you going back to C7 bitch" "fuck you bitch" and male voice stated which was the black Jamaican scargeant up there "I hope you shit on yourself

bitch " "stop playing with us bitch" FYI I dont know what they do to the food in this place it never agrees with my stomach, I stated "please I have to go dont do this and I have to go to court" and the black seargeant stated "if you dont come out that cell we are going to kick your ass bitch" "we are the police we can do what we want" I was the only inmate up there at that time no other inmates to help witness these statements so they pull the cart to curt in back and was standing at the holding cell with handcuffs and I was in fear of my life so I cuffed up so they can take me back to C7 and when I got out the door of intake in the hallway on the way back C7 we stopped by the luetenant office which luetenant Dlugas was in there and when we came in the hallway the seargeant mumbled something under his breath I could not make out what he said but when we stopped in front of the luetenant office the seargeant said something claiming I would start trouble in the unit" and I explained to the luetenant what really happen about them refusing my court and making derogatory statements at me and the luetenant said "fuck you" "I aint doing shit for you" and your really going to the main jail 7th floor lockdown" "lets see how you like the main jail bitch" and told the seargeant "take him back to C7 pending reload" meaning he was suppose to take me to C7 and put a notice into classification to send me to the 7th floor administrative segregation and he told the seargeant "to write me a violent DR" because I cant bein

administrative segregation without a incident they think is violent a category A disciplinary report or situation and the seargeant didnit take me back to C7 but took me back to the intake area and put me back in the holding cell and gave me toilet paper this ordeal from the intake cell back to the luetenant office and back to the holding cell took atleast 8 minutes to do it in timing. There retaliatory act that took place was telling me they not giving me toilet paper making me hold my feces and then threatening to beat me if I didnit cuff up and other derogatory statements before I left out of intake and then the seargeant lied on me to the luetenant and then the luetenant refuse to take into consideration what I said and get me a transport to court and then told the seargeant to lie on me in a disciplinary report with allegations that will put me in administrative segregation at that point. Administrative segregation is what it is 23 hour lock down for allegations they can put you there based on allegations without proof as what happen to me because it is the officer word against mine just a officers statement is enough they dont care if you said it or not, on the way back to the holding cell the seargeant stated "that is what you get for playing with us and took me back to the holding cell and officer nelson gave me toilet paper. From that point on it was written I am going to administrative segregation and administrative segregation placed in there for retaliation creates a big change from general population because it changes my quality of life in jail because I am in a cell all day and cant move around like inmates in general population and when the

court evaluates this situation you have to look at the quality of life in general population and administrative segregation. I was placed in a small holding cell and I am still the only one in there and while I am defecating in the holding cell I can here a female voice laughing up there it was officer mckenzie with 2 male voices which was the seargeant and officer nelson and the seargeant stated "bitch we lying on you" and "you not getting your commissary out of your property bitch" is what officer mckenzie stated signifying the housing deputy will unlawfully tamper with my personal property and for the record all my commissary was gone but I got my other property. officer mckenzie stated "I hope you like the 7th floor in the main jail bitch" "I got you a ride to court alright" when I got off the toilet officer nelson brought me a DR/disciplinary report and stated "we lied on you bitch" and he also stated "I am not letting you write a statement" and gave me a copy of the DR and left and while sitting in there my property came and the intake officers didnt let me check it to see to see if it was all there because they know they tampered with the personal property and they kept saying things to me while in the holding cell off and on (not sure if other inmates was up there) until I was standing on the door looking at the hallway when the same luetenant who lied on me was walking by and came in the intake area and walke around and as he was leaving stopped at my door and stated "bitch I got you a right alright to the main jail you going to administrative lockdown pending these DRs and you bout to get

another DR for threatening me bitch" I didn't say anything to him and the courthouse is connected to the main jail that is why he said he bout to get me a ride alright and the luetenant opened my holding cell door acting like he will hit me with 4 or 5 deputies behind him stating bitch "I will kick your ass" while pumping his fist and flinching at me and close the cell door and stood there for a second and stated "I will bury you in lockdown so you will never get to general population bitch and you will think twice about telling me anything next time bitch" and as he left intake told the officers to write me another DR for threatning him and left. The retaliatory act committed against me was the derogatory statements at me and the tampering of my property and the 2 DR's I got do to lies and the placement of me in administrative segregation. While sitting in the holding cell I was awaiting transport and the scargeants up there change and a white/hispanic scargeant was up there and the intake officers was still saying things to me off and on about them taking my commissery and not letting me go to court and placing me on the 7th floor do to lies and shift change and transport got there and the transport deputy pulled me out the holding cell and put handcuffs on me and stated from the holding cell to where he put the handcuffs on me "I dont give a fuck about your court date bitch and fuck you per the luetenant and I bet you will not play with us about the bathroom no more" and I stated it loud so all the intake officers

P910

could hear me "I didn't refuse court and want to go to court" and the transport officer said "the luetenant said you refuse court bitch" and told me he will kick my ass" as I walk to the van with 2 other inmates a girl and a guy and I got in the van on the way to the main Jail/courthouse because the main Jail connected to the courthouse. The van went to the court drop off area first and the transport deputy only let the girl off for court and took me and the other guy to the second floor intake area for guys with felonies and put us in 3 unit and said as he walked away "I hope you not going home today bitch" and I told the housing deputy there "I had court and didn't refuse court" she said the transport deputy said "I refuse" so I sat in there in unit 3 until after 3pm and was taken to the 7th floor administrative segregation for the allegations pending the 2 DRIs. The retaliatory acts are making derogatory statements at me and denying me access to court and threatening me and not letting me bring my property with me because the property was on the property ~~center~~ window counter as I left with my name on it.

2) Other Retaliation points that took place at the main Jail as a result of the incident from me asking to go to the bathroom and telling the luetenant what happen at paul Rein on 4·24·19 after I left the luetenant office.

4)  When I got to the main jail 7th floor I was placed in 7·D·2 im11

#311

and when I got there I was standing in the hallway of 7 D before I went in unit 2 and heard the officers there that day on a friday talking about me the officer who brought me to the 7th floor told the officers that the luetenant at paul Rein said to mess with me because I am a snitch and the documented reason for me being in administrative segregation because he lied and said I threaten him and they put me in my cell and said they are going to mess with me meaning do whatever they can to make my time hard on the 7th floor.

B) I sat in my room and was allowed to come out monday morning for my hour, there is the kiosk that is a machine where we use to do everything because BSO does not use the paper system anymore and for the grievance procedure and requests procedure it is insufficient because it only allows you to put short messages on there so you cant put your whole grievance on there it only allows 1000 characters so you cant put everything on there if you have to write a long requests or grievance. on the kiosk when you put in a message the officer in the office booth see it first because they have to direct it where it goes so any complaints about stuff going on in here or complaints about stuff at another facility they see it first and any time they respond to a grievance or request the person responding name is never at the bottom so you dont know who responded to your grievance or requests it could have been someone in the booth and they not suppose to respond to grievances and requests only

a seargeant or higher if it is directed at administration because administration is the deputies meaning all the way to a captain or higher, I wrote a grievance of general harrassment that means it will go to administration on the issue of 4/26/19 and they saw it in the booth because after the officer working that day walked in the dorm and let me know they are going to mess with me for that and it is sad they mess with people in here fighting for there life as if I dont have enough problems already and they ~~just~~ just denied the grievances and didnt address my issues whatsoever that is retaliation ignoring my claims in a grievance.

c) Later that night go to what I wrote in the kiosk I had DR court for the 2 DRs there was a lot of violations but the seargeant and officers doing my DR hearing ignored my claims but did take away 1 violation out of the 4 I got from 2 DRs. They stated the seargeant "I know they are lies but I have to go on what the luetenant said it is my job" and found me guilty for the first violations they took away one and left me with one and gave me 15 days loss of priviledges and the other DR they found me guilty of both violations and 30 days loss of priviledges so I got 45 days loss of priviledges plus I may have to do 30 to 60 more days in administrative segregation after my loss of priviledges time is up meaning disciplinary confinement. They didnt listen to me out of retaliation because the luetenant

at Paul Rein told them not to Luetenant Dlugas and he didnit write the DRs he had his lower level officers do it The scargeant said " the only reason we having DR court is because you said some thing about the incident on 4·24·19 if you would not have wrote a grievance we would not have put you on loss of Priviledges." and he called me a "snitch," Those DRs will extend my time in administrative segregation unlawfully if he knew they was lies he was suppose to throw them out.

D) I also wrote DR appeals they denied one out of retaliation and one is still pending they may have answered by the time you get this notice and I pointed out all violations and they didnit let me appeal the one they denied they suppose to let me appeals me DRs but they didnit and denied the grievance I filed asking to appeal and the officer walk back by on his rounds and said no one cares we not letting you appeal your DRs because you a snitch and this was done out of retaliation from the incident on 4·24·19.

E) On 5·10·19 after 12pm before 2pm I left a message with the ombudsman about the general harrassment grievance I wrote and no one came to see me about the incident on 4·24·19 and the officer did his rounds that day and stated ms Wisky is not coming to see you because you g

P314

snitch and I dont know how he found out so fast I sent
a message to the ombudsman. The ombudsman is
if you cant handle your grievances through the
grievance process then you leave the ombudsman
a message and she comes and see you but it is
one person doing the job that has to go to all the
facilities. That is ms. wisky job.

F) I sent a complaint to Bso internal affairs office
in the week timeframe of 4 28 14 To the end of the
week to the friday and I went to court that week to and
I gave the complaint to officer B. Brown he was
working our unit on the 11pm to 7am shift and he
threw away my complaint because he said I was a
"snitch." He took it when they did room shake down.

G) In 70 the staff is tampering with my mail the mail
is passed out on the 3pm to 11pm shift and collected
to be mailed out on 11pm to 7am shift and I said
something about my mail on the kiosk they saw it
because the officer walking by told me"we tampering
with your mail and there is nothing you can do about it"
they not giving all of it to me and some of it not
making it out and all I send out is legal mail
and this is being done out of retaliation per the
luctenant at paul Rein.

H) Also the law library system is we put in these forms every

pg 15

week and then we get 4 items a week it is unconstitutional because they dont give you what you need to correspond with the court or write up motions they give you what they want to give you it changed in 2002/2003 some time and I write the law library up a lot because the law library is always playing games they got 1 law library that deals with all the facilities it use to be at each facility it is not like that no more and a deputy fills the requests no inmates but it is inmate in there but the deputies fill the requests and they like to tell you no search came up for what you ask for and ask like they dont understand your handwriting or what you saying and they do this on the regular but I have been in jail a little over a month and I didnt get the legal research materials I was suppose to get I ordered at Paul Rein they supposed to follow you and the officer on the 3pm to 11pm shift told me he gave my stuff away from the law library because luetenant Dlugos told him to and then the law library didnt fill my last requests and the one before that sent me the wrong stuff and the same officer who told me he gave my legal work away said the law library is not going to send me anything because of luetenant Dlugos and I dont understand why this guy hates me so much. That is retaliation for the 4-26-19 incident. I depend on the law library for stuff just like the mail when the legal research materials come to 70 they go in the

P916

officer both and they sort it out in there so it can go
to the unit you in no cameras in there the deputies
pass it out.

I) When they retaliate on a person at this level they play
with your food to by putting foreign objects in it or
dropping it on the floor and putting it back in your
food ~~or~~ they do one of the 2 all or which can
cause hepatitis and they have not said anything
but I believe they is I just have not seen it yet
but they will not leave me alone all because of the
incident on 4 24 19.

~~oath~~ oath

under penalty of perjury I Jonathan Lewis declare
I read the notice and the facts in it are true and
correct.

Relief

1) I ask that the officer are held accountable for messing
with me and my property given back to me my
commissary and damages for the retaliation
especially placing me in confinement for lies and
I am willing to negotiate for damages but if
not I am going to the courts under the retaliation
clause.

2) Any other action BSO deem necessary.

Jonathon Lewis arrest # 1319005-98 main Jail Bureau PO Box 9356
Ft louderdale, Fl 33310



Jonathan Lewis arrest #1819003-98
main Jail Bureau
po Box 9356
Fl lauderdale, Fl-33310

This letter originates from a Broward
County Jail Facility. Inmate mail is
uncensored and the Sheriff cannot
assume responsibility for its contents

Jona whole
U.S District courthouse and federal Bldg
299 E Broward Blvd
Fl lauderdale Fl-33301

UNITED STATES POSTAGE
PITNEY BOWES
$ 002.65°
002 1P
0001954588 JUN 03 2019
MAILED FROM ZIP CODE 33301