UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61431-CIV-SMITH

JONATHAN LEWIS,

    Plaintiff,
vs.

GREGORY TONY, ET AL.,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER came before the Court upon the Report of Magistrate Judge [DE 22], in which she recommends dismissing Plaintiff's Complaint pursuant to § 1915(g), denying as moot Plaintiff's motion for a temporary restraining order, and closing this case. Plaintiff has not filed objections to the Report of Magistrate Judge. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE 10] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

2) Plaintiff's Complaint is **DISMISSED.**

3) All pending motions are **DENIED as moot.**

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 24th day of September, 2019.

                                                RODNEY SMITH
                                                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record/Pro se plaintiff